# AFFIDAVIT OF NEIL R. SULLIVAN
## IN SUPPORT OF A CRIMINAL COMPLAINT

I, Neil R. Sullivan, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal with the U.S. Marshals Service ("USMS"). I have been employed in this capacity since October 1995. Currently, I serve as a Criminal Investigator within the Investigations Unit of the USMS in the District of Massachusetts. I graduated from the Federal Law Enforcement Training Center in Glynco, Georgia, where, among other things, I completed the Criminal Investigator Program and the USMS Academy.

2. As a federal law enforcement officer, I have participated in investigations of persons suspected of violating federal criminal laws. These investigations included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. As a Deputy United States Marshal, I am authorized to conduct investigations and execute warrants for offenses involving violations of federal criminal laws including apprehension of state and federal fugitives.

3. I submit this affidavit in support of a criminal complaint charging Joseph Matz ("Matz") with escape in violation of Title 18, United States Code, Section 751(a), which makes it a crime for a person to escape from the custody of the Attorney General, or from any institution or facility in which he is confined by direction of the Attorney General.

4. The information contained in this affidavit is based upon my involvement with this investigation as well as upon information supplied to me by other federal and state law enforcement officers. Because this affidavit is being submitted for the limited purposes of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, but instead have set forth only the facts necessary to establish the requisite

probable cause for the issuance of the criminal complaint charging Matz with escape in violation of Title 18, United States Code, Section 751(a).

## Background

5. On August 30, 2011, following a conviction for Bank Robbery in violation of Title 18, United States Code, Section 2113, Matz was sentenced in the United States District Court for the District of Massachusetts to a period of incarceration of 84 months. Thereafter, Matz was also sentenced to 12 months of consecutive time after being convicted of violating conditions of Supervised Release in violation of Title 18, United States Code, Section 3583.

6. On or about July 20, 2016, Matz was transferred from the Federal Correctional Institute in Gilmer, West Virginia, to the Coolidge House Residential Re-entry Center located at 307 Huntington Avenue, in Boston, MA (the "Coolidge House"), to serve the remainder of his sentence until his release date of December 18, 2016.

7. On November 4, 2016, Matz was allowed to sign out of the Coolidge House on a medical pass to pick up medication. Matz was due back at 10:30AM on the same date but he never returned to the Coolidge House. At 12:30PM on the same date Matz was placed in escape status.

8. On November 10, 2016, I spoke on the phone, and exchanged repeated text messages, with Matz's sister, Paddington Matz. Paddington Matz was attempting to arrange for Matz's surrender to the USMS. Paddington Matz told me that Matz had fled to Fairfax County, Virginia and he had no money to return to Boston to surrender. Deputy US Marshal Sullivan provided Paddington Matz with the address of the Federal Courthouse in Alexandria, Virginia, which is near Fairfax County, and I advised Paddington Matz to have Matz surrender in Alexandria on the same date. Later on November 10, 2016, Paddington Matz advised me that

she had contacted Matz and that he would surrender in Alexandria, VA. Matz never surrendered to the USMS in Alexandria, Virginia or elsewhere and he remains a fugitive as of the date of this affidavit.

## Conclusion

9. Based on the foregoing facts, I believe there is probable cause to believe that on November 4, 2016, Matz, in Boston, within the District of Massachusetts, did escape from the custody of the Attorney General, and from a facility in which he was confined by direction of the Attorney General, in violation of 18 U.S.C. § 751(a).

_____
Neil R. Sullivan
Deputy U.S. Marshal


Sworn and subscribed to me this 21st day of November, 2016.

_____
Honorable Donald L. Cabell
United State Magistrate Judge