UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18CR 10020 - |
| v. | ) | Violation: |
| JOSEPH MATZ,<br>Defendant. | )<br>)<br>) | **Count One**: 18 U.S.C. §751(a)<br>Escape |

## INFORMATION

**COUNT ONE:**     18 U.S.C. §751(a) – Escape

The United States Attorney charges that:

On or about November 4, 2016, in the District of Massachusetts,

**JOSEPH MATZ,**

defendant herein, did knowingly escape from custody at the Coolidge House Residential Reentry Center, an institution and facility in which he was lawfully confined by direction of the Attorney General and his authorized representatives, by virtue of a judgment and commitment of the United States District Court for the District of Massachusetts upon conviction for bank robbery, a felony offense, in violation of Title 18, United States Code, Section 2113.

All in violation of Title 18, United States Code, Section 751(a).

Respectfully Submitted,

ANDREW E. LELLING
United States Attorney

Nicholas Soivilien
Assistant U.S. Attorney

January 25, 2018